JOHN CULLEN et al., Respondents, *v.* JOHN H. SHIPWAY et al., Appellants.

*Cullen* v. *Shipway*, 78 App. Div. 130, affirmed.
(Argued January 18, 1904; decided February 9, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 14, 1903, which affirmed a judgment of Special Term setting aside an award of arbitrators in favor of defendants.

*Frederick Hulse* and *Ernest F. Eidlitz* for appellants.

*Charles J. Hardy* for respondents.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN and WERNER, JJ. Not voting: VANN, J.